

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2022

No. 04-22-00806-CV

**IN THE INTEREST OF K.J.G., A.G., O.M.G., AND J.P.M**, children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-02090
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. The notice of appeal was filed on November 28, 2022. Ms. Karen Kane and Ms. Elva Chapa are the court reporters responsible for preparing, certifying, and filing the reporter's records in this appeal. Ms. Kane's and Ms. Chapa's records were due on December 12, 2022 but have not been filed.

It is therefore ORDERED that Ms. Kane file her reporter's record in this appeal **no later than December 30, 2022**. TEX. R. APP. P. 35.3(c). It is further ORDERED that Ms. Chapa file the reporter's record in this appeal **no later than December 30, 2022**. TEX. R. APP. P. 35.3(c). **Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

It is so **ORDERED** December 20, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT